MOORE'S TRUCKING CO., PLAINTIFF-PETITIONER, v. GULF TIRE & SUPPLY COMPANY, DEFENDANT-RE-SPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 18 *N. J. Super.* 467.

*Mr. Bernard Shurkin* for the petitioner.

*Mr. George W. Allgair* and *Messrs. Wharton, Hall, Stewart & Halpern* for the respondent.

June 16, 1952. Denied.